Case 1:21-mj-04226-AOR Document 1 Entered on FLSD Docket 11/17/ **21-mj-4226-OTAZO-REYES**

FILED BY KS D.C.
Nov 16, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | SEALED |
| § | NO. 4:21-CR 304 |
| v. § | Judge Jordan |
| § | |
| JAWIN LANDAZURI TORRES (1) § | |
| GERSON DAVID PANEZO-TENORIO (2) § | |
| FRANKLIN JACKSON MINA-VALENCIA (3) § | |



FILED
NOV 10 2021
Clerk, U.S. District Court
Texas Eastern

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute a Controlled Substance, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States)

Beginning in or about 2021, and continuing thereafter through the date of this Indictment, within the extraterritorial jurisdiction of the United States, including locations in and adjacent to Colombia and Ecuador and various countries throughout South, Central, and North America and elsewhere, the defendants,

JAWIN LANDAZURI TORRES
GERSON DAVID PANEZO-TENORIO
FRANKLIN JACKSON MINA-VALENCIA

did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit the following offense against

Indictment
Page 1

the United States: to knowingly and intentionally manufacture and distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a) and 960. All in violation of 21 U.S.C. § 963.

### Count Two

> Violation: 21 U.S.C. § 959
> (Manufacturing and Distributing a
> Controlled Substance, Intending,
> Knowing, and Having Reasonable Cause
> to Believe it would be Unlawfully
> Imported into the United States)

On multiple dates beginning in or about 2021 and continuing thereafter through the date of this Indictment, within the extraterritorial jurisdiction of the United States, including locations in and adjacent to Colombia and Ecuador and various countries throughout South, Central, and North America and elsewhere, the defendants,

JAWIN LANDAZURI TORRES
GERSON DAVID PANEZO-TENORIO
FRANKLIN JACKSON MINA-VALENCIA

did knowingly and intentionally manufacture and distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States. All in violation of 21 U.S.C. § 959.

## Count Three

>Violation: 46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b): (Conspiracy to Possess with the Intent to Distribute a Controlled Substance Onboard a Vessel Subject to the Jurisdiction of the United States)

Beginning in or about 2021, and continuing thereafter through the date of this Indictment, within the jurisdiction of this Court, the defendants,

JAWIN LANDAZURI TORRES
GERSON DAVID PANEZO-TENORIO
FRANKLIN JACKSON MINA-VALENCIA

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury to commit an offense defined in Title 46, United States Code, Section 70503, that is: to possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, onboard a vessel subject to the jurisdiction of the United States, as defined in Title 46, United States Code, Section 70502(c)(1)(A). All in violation of 46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. §§ 853 and 970, 28 U.S.C. § 2461(c).

As the result of committing the offenses charged in this Indictment, the Defendant shall forfeit to the United States pursuant to 21 U.S.C. §§ 853(a) and 970, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such

offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses.

As authorized by 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), the United States intends to seek forfeiture of substitute property belonging to the Defendant if, as a result of the Defendant's act or omission, any property subject to forfeiture (1) cannot be located upon the exercise of due diligence, (2) has been transferred or sold to, or deposited with, a third party, (3) has been placed beyond the jurisdiction of the court, (4) has been substantially diminished in value, or (5) has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____   11/10/21
WES WYNNE                          Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | NO. 4:21-CR |
| JAWIN LANDAZURI TORRES (1) | § | Judge |
| GERSON DAVID PANEZO-TENORIO (2) | § | |
| FRANKLIN JACKSON MINA-VALENCIA (3) | § § | |

## NOTICE OF PENALTY

### Counts One, Two, and Three

Violations: 21 U.S.C. §§ 959 and 963, and 46 U.S.C. §§ 70503(a)(1) and 70506(b)

Penalties: Imprisonment for not less than 10 years nor more than life, a fine not to exceed $10,000,000, and a term of supervised release of at least 5 years.

If the Defendant has a previous conviction under the above statutes, the imprisonment term, fine amount, and supervised release term are double that otherwise authorized for an initial violation of those statutes.

Special
Assessment: $100.00 per count

AO 442 (Rev. 11/11) Arrest Warrant                                                                                                    11355140

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

EASTERN DISTRICT OF TEXAS
DOCUMENTS RECEIVED
12:27 pm  Nov 12, 2021

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No.  4:21-cr-00304-SDJ-KPJ-1 |
| Jawin Landazuri Torres | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jawin Landazuri Torres                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute a Controlle Substance, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States)
21 U.S.C. § 959 (Manufacturing and Distributing a Controlled Substance, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States
46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b): (Conspiracy to Possess with the Intent to Distribute a Controlled Substance Onboard a Vessel Subject to the Jurisdiction of the United States)

Date:  11/10/2021

*Issuing officer's signature*

City and state:  Sherman, Texas       David A. O'Toole, Clerk Eastern District of Texas
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

10182701

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

EASTERN DISTRICT OF TEXAS
DOCUMENTS RECEIVED
12:33 pm  Nov 12, 2021

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No.  4:21-cr-00304-SDJ-KPJ-2 |
| Gerson David Panezo-Tenorio | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Gerson David Panezo-Tenorio                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute a Controlle Substance, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States)
21 U.S.C. § 959 (Manufacturing and Distributing a Controlled Substance, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States
46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b): (Conspiracy to Possess with the Intent to Distribute a Controlled Substance Onboard a Vessel Subject to the Jurisdiction of the United States)

Date:  11/10/2021

*Issuing officer's signature*  David A. O'Toole

City and state:  Sherman, Texas     David A. O'Toole, Clerk Eastern District of Texas
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant                                                                                                10071373

# UNITED STATES DISTRICT COURT
для
Eastern District of Texas

EASTERN DISTRICT OF TEXAS
DOCUMENTS RECEIVED
12:38 pm Nov 12, 2021

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No. 4:21-cr-00304-SDJ-KPJ-3 |
| Franklin Jackson Mina-Valencia | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Franklin Jackson Mina-Valencia,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute a Controlled Substance, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States)
21 U.S.C. § 959 ( maufacturing and Distributing a Controlled Substance, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States
46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b): (Conspiracy to Possess with the Intent to Distribute a Controlled Substance Onboard a Vessel Subject to the Jurisdiction of the United States)

Date: 11/10/2021

*Issuing officer's signature*
David A. O'Toole

City and state: Sherman, Texas

David A. O'Toole, Clerk Eastern District of Texas
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*