# MINUTE ORDER

Page 16

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**          Date: 11/16/2021  Time: 2:00 p.m.

Defendant: 1)JAWIN LANDAZURI TORRES   J#: 02576-506   Case #: 21-MJ-4226-OTAZO-REYES (SEALED)

AUSA: Annie Martinez          Attorney: AFPD - Ashley Kay

Violation: Warr/ED/TX/Indictment/Conspiracy to Manufacture          Surr/Arrest Date: 11/15/2021  YOB: 1990
/Distribute a Controlled Substance,Intending,
Knowing,Having Reasonable Cause to Believe it would be Unlawfully Imported into the U.S

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☑ No          Recommended Bond: 250k CSB nebbia

Bond Set at: STP 250k CSB nebbia          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs          Language: Spanish

☐ Report to PTS as directed/or _____ x's a week/month by          **Disposition:**
   phone: _____ x's a week/month in person                        Brady Warning
☐ Random urine testing by Pretrial
   Services                                                         Case unsealed
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment              Rights
☐ Maintain or seek full-time employment/education                  Sworn
☐ No contact with victims/witnesses, except through counsel        Indigent
☐ No firearms                                                      AFPD appt
☐ Not to encumber property
☐ May not visit transportation establishments                     Deft waived
☐ Home Confinement/Electronic Monitoring and/or                   removal +
   Curfew _____ pm to _____ am, paid by _____                   Ordered removed
☐ Allowances: Medical needs, court appearances, attorney visits,   to the E/D TX
   religious, employment
☐ Travel extended to: _____                               Time from today to _____ excluded
☐ Other: _____                                           from Speedy Trial Clock

NEXT COURT APPEARANCE  Date: _____  Time: _____  Judge: _____  Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 14:13:40  16:25:36          Time in Court: 10 min

s/Alicia M. Otazo-Reyes          Magistrate Judge